UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                              )
Deborah Heacock                     )        Case No. 14-41359-399
                                    )        Chapter 13   **Doc. 12**
                        Debtor.     )


## CERTIFICATION AND ORDER ON DEBTOR'S OBJECTION TO CLAIM 7-1 FILED BY ST. LOUIS COUNTY COLLECTOR OF REVENUE

Debtor's attorney certifies that she served all parties in accordance with the applicable

Bankruptcy Rules, and that 21 days have passed since service of Debtor's objection.


__X____        No response in opposition to the objection has been filed with either the
               court or Debtor's attorney.


_____         A response in opposition to the objection has been filed and the
               Objection is resolved as set forth in the Order below.




                                          Kimber H. Baro 33690MO
Dated:    June 25, 2014                    /s/ Kimber H. Baro
                                          Bublitz & Baro, LLC
                                          Attorney for Debtor
                                          1113 Howdershell Road
                                          Florissant, MO  63031
                                          Tel: (314) 831-2277
                                          Fax: (314) 831-2344
                                          Email: kbaro@bublitzandbaro.com

## ORDER

Upon Debtor's Objection to claim 7-1 filed by the St. Louis County Collector of Revenue  and  for good cause shown:

IT IS ORDERED that the Debtor's objection is

____X_____ Sustained            _____ Denied as Settled

_____ Overruled

IT IS FURTHER ORDERED that claim number __7-1_ is:

_____ Denied

_____ Allowed in the amount of $_____ as a priority claim under section 507.

_____ Allowed in the amount of $_____ as a general, unsecured claim.

_____ Allowed in the amount of $_____ as priority claim under section 507 (a) (8) and in the amount of $_____ as a general unsecured claim.

_____ Allowed as a secured claim in the amount of $_____ and as an unsecured claim in the amount of $_____.

___X_____ Other (describe or attach document reflecting how the claim has been resolved.) .  **CLAIM ALLOWED AS FILED BUT NO PAYMENTS TO BE MADE BY THE TRUSTEE FOR THE PROPERTY AT 12255 BENHAM ROAD.**

DATED:  June 25, 2014

St. Louis, Missouri

Barry S. Schermer
United States Bankruptcy Judge

Prepared by:

Kimber H. Baro
Attorney for Debtor
1113 Howdershell Road
Florissant, MO  63031

Copy mailed to:

Deborah Lynn Morris Heacock
3018 Fireweed Court
Florissant, MO 63031

Kimber H. Baro
Attorney for Debtor
1113 Howdershell Road
Florissant, MO  63031

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Richard  Robison
St. Louis County Collector of Revenue
41 S. Central Avenue
Clayton, MO 63105