UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Deborah Lynn Morris Heacock | ) | Case No. 14-41359-399 |
| | ) | Chapter 13   **Doc. 15** |
| Debtor. | ) | |

## CERTIFICATION AND ORDER ON DEBTOR'S OBJECTION TO CLAIM 11-1 FILED BY BANK OF AMERICA, N.A.

Debtor's attorney certifies that she served all parties in accordance with the applicable Bankruptcy Rules, and that 20 days have passed since service of Debtor's objection.

___X___  No response in opposition to the objection has been filed with either the court or Debtor's attorney.

_____   A response in opposition to the objection has been filed and the Objection is resolved as set forth in the Order below.

Kimber H. Baro 33690MO

Dated:   July 26, 2014

/s/ Kimber H. Baro
Bublitz & Baro, LLC
Attorney for Debtor
1113 Howdershell Road
Florissant, MO  63031
Tel: (314) 831-2277
Fax: (314) 831-2344
Email: kbaro@bublitzandbaro.com

## ORDER

Upon Debtor's Objection to claim 11-1 filed by Bank of America, N.A. and for good cause shown:

IT IS ORDERED that the Debtor's objection is

____X_____  Sustained              _____ Denied as Settled

_____ Overruled

IT IS FURTHER ORDERED that claim number \_\_11-1\_ is:

_____ Denied

_____ Allowed in the amount of $_____ as a priority claim under section 507.

_____ Allowed in the amount of $_____ as a general, unsecured claim.

_____ Allowed in the amount of $_____ as priority claim under section 507 (a) (8) and in the amount of $_____ as a general unsecured claim.

_____ Allowed as a secured claim in the amount of $_____ and as an unsecured claim in the amount of $_____.

\_\_\_\_X\_\_\_\_\_ Other (describe or attach document reflecting how the claim has been resolved.)**. CLAIM ALLOWED AS FILED BUT NO PAYMENTS TO BE MADE BY THE TRUSTEE. AN AMENDED CLAIM MAY BE FILED FOR ANY DEFICIENCY BALANCE AFTER FORECLOSURE.**

DATED: July 30, 2014

St. Louis, Missouri

_____
Barry S. Schermer
United States Bankruptcy Judge

Prepared by:

Kimber H. Baro
Attorney for Debtor
1113 Howdershell Road
Florissant, MO 63031

Copy mailed to:

Kimber H. Baro
Attorney for Debtor
1113 Howdershell Road
Florissant, MO 63031

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Bank of America, N.A.
Bankruptcy Department
P.O. Box 26012
NC4-105-02-99
Greensboro, NC 27420

Deborah Heacock
3018 Fireweed Court
Florissant, MO 63031