UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: )
)
Deborah Heacock ) Case No. 14-41359-399
) Chapter 13
        Debtor. )

## DEBTOR'S OBJECTION TO CLAIM 13-1 FILED BY ST. LOUIS COUNTY COLLECTOR OF REVENUE

Comes now Kimber H. Baro, Attorney for Debtor, and for her objection to claim states as follows:

The secured claim 13-1 filed by the St. Louis County Collector of Revenue in the sum of $2,589.19 for 2014 post-petition real estate taxes should be allowed as filed but no payments made by the Trustee because the Debtor is surrendering the real estate at 12255 Benham Road, St. Louis, MO 63138.

WHEREFORE, Debtor prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

PLEASE TAKE NOTICE that the Debtor has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the Clerk of the United States Bankruptcy Court, 111 South 10th Street, 4th Floor, St. Louis, Missouri 63102, and with the Chapter 13 Trustee at the address indicated below, within 20 days of the date of this Notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Debtor. If a response is filed, this matter will be set for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing was served upon the following parties by either electronic mail through the Court's ECF system or by regular mail on January 30, 2015.

/s/Kimber H. Baro  33690MO

Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031
Tel: (314) 896-1999
Fax: (314) 942-7195
kbaro@barolawfirm.com

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Richard Robison
St. Louis County Collector of Revenue
41 S. Central Avenue
Clayton, MO 63105

/s/ Kimber H. Baro