UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                                )
Deborah Heacock                       )    Case No. 14-41359-399
                                      )    Chapter 13
                    Debtor.           )    **Doc. 45**

# ORDER

Upon Debtor's Objection to claim 13-1 filed by the St. Louis County Collector of Revenue and for good cause shown:

IT IS ORDERED that the Debtor's objection is

____X_____ Sustained          _____ Denied as Settled

_____ Overruled

IT IS FURTHER ORDERED that claim number __13-1_ is:

_____ Denied

_____   Allowed in the amount of $_____ as a priority claim under section 507.

_____   Allowed in the amount of $_____ as a general, unsecured claim.

_____   Allowed in the amount of $_____ as priority claim under section 507 (a) (8) and in the amount of $_____ as a general unsecured claim.

_____   Allowed as a secured claim in the amount of $_____ and as an unsecured claim in the amount of $_____.

___X_____  Other (describe or attach document reflecting how the claim has been resolved.) **.   CLAIM ALLOWED AS FILED BUT NO PAYMENTS TO BE MADE BY THE TRUSTEE FOR THE PROPERTY AT 12255 BENHAM ROAD.**

DATED: March 13, 2015

St. Louis, Missouri

Barry S. Schermer
United States Bankruptcy Judge

Prepared by:

Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO 63031

Copy mailed to:

Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO 63031

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Richard Robison
St. Louis County Collector of Revenue
41 S. Central Avenue
Clayton, MO 63105

Robert E. Fox, Jr.
Associate County Counselor
41 South Central Avenue
Clayton, MO 63105

Deborah Heacock
3018 Fireweed Court
Florissant, MO 63031