UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | |
| Deborah L. Heacock | ) | Case No.  14-41359-399 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

## **MEMORANDUM UNDER LOCAL RULE 1009(A)**

Debtor's attorney certifies under Local Rule 1009(A) that  she is filing  Amended Schedules I and J to update debtor's income and expenses.

/s/ Kimber H. Baro          33690MO
Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031
Tel: (314) 896-1999
Fax: (314) 942-7195
Email: kbaro@barolawfirm.com