UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: )
)
Deborah L. Heacock ) Case No. 14-41359-399
) Chapter 13  **Mtn. 42**
Debtor. )

## CERTIFICATION AND ORDER ON DEBTOR'S MOTION TO PURCHASE AUTOMOBILE

Debtor's attorney certifies that she served all parties in accordance with the applicable Bankruptcy Rules, and that 21 days have passed since service of Debtor's Motion, and that no response in opposition to the Motion has been filed with either the Court or Debtor's attorney, or, if a response was filed, the Motion has been resolved as set forth in the Order below.

Dated:  June 22, 2015

Kimber H. Baro     33690MO
/s/ Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031
Tel: (314) 896-1999
Fax: (314) 942-7195
Kbaro@barolawfirm.com

## ORDER

**IT IS ORDERED** that Debtor's Motion Purchase an Automobile is **GRANTED.** Debtor is granted leave of this Court to purchase an automobile for a purchase price not to exceed $20,000.00, and a monthly payment not to exceed $300.00 per month, and said payment to be paid outside Debtor's chapter 13 plan.

DATED:  June 24, 2015
St. Louis, Missouri

_____
Barry S. Schermer
United States Bankruptcy Judge

Prepared by:

Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031

Copy mailed to:

Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Deborah Heacock
3018 Fireweed Court
Florissant, MO 63031