# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In Re: )
)
**Deborah Heacock** ) Case No. 14-41359-399
   Debtor. ) Chapter 13    Mtn. 66

## CERTIFICATION ON DEBTOR'S MOTION TO SELL REAL ESTATE AT 12255 BENHAM ROAD, ST. LOUIS, MO 63138 IN A SHORT SALE

Debtor's attorney hereby certifies that she made service in accordance with applicable bankruptcy rules, and that 21 days have passed since service of Debtor's Motion, and that no response in opposition to the Motion has been filed with either the Court of Debtor's attorney, or, if a response was filed, the Motion has been resolved as set forth in the Order below.

Dated: February 8, 2016

/s/ Kimber H. Baro MBN 33690
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO 63031
(314) 896-1999
(314) 942-7195 fax
kbaro@barolawfirm.com

## ORDER

**IT IS ORDERED** that the Debtor's Motion to sell the real property at 12255 Benham Road, St. Louis, MO 63138 is **GRANTED**, provided that any short sale be approved by Bank of America, N.A.

DATED: February 9, 2016

St. Louis, Missouri

Barry S. Schermer

United States Bankruptcy Judge

Prepared by:
Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO 63031


Copies mailed to:

John V. LaBarge Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, Missouri 63031

William T. Holmes, II
Attorney at Law
612 Spirit Drive
St. Louis, MO 63005

Deborah Heacock
3018 Fireweed Court
Florissant, MO 63031